# EXHIBIT 3

LYNN ERB, Ph.D.
PSYCHO-EDUCATIONAL EVALUATIONS
363 LAUREN LANE
SWARTHMORE, PA 19081
610-659-8864

## PSYCHO-EDUCATIONAL EVALUATION

**NAME:** Lauren Harbaugh

**ADDRESS:** ▇▇▇▇▇▇▇▇▇▇

**DATE OF BIRTH:** ▇▇▇▇▇▇

**DATE OF TESTING:** March 20, 2022

### REASON FOR REFERRAL

Lauren was referred for a psycho-educational evaluation to determine the current nature of her learning problems so that she can receive additional time for the USMLE Test in medical school.

### BACKGROUND HISTORY

Lauren graduated from Canon-McMillan High School in 2012. She was an excellent student in high school. Lauren graduated from St. Vincent College in 2016. Her major was Biochemistry and her grade point average was approximately 3.5. Lauren received a Master's Degree from Rutgers University in Biomedical Studies in the spring of 2018. She was a B+ to C student. Lauren is in her second year of medical school at the Arkansas College of Osteopathic Medicine. She has passed most of her classes but she has had to receive remediation for some of her them.

Lauren has a long history of having difficulty completing tests or assignments within appropriate time limits. From elementary school through high school, she was provided with additional time for tests on an unofficial basis. In college, she was also allowed to receive additional time for some of her tests on an unofficial basis. She usually earned C's in classes where she was not allowed to receive the additional time but her grades in other classes with the additional time were A's. Lauren took the MCAT five times. She passed it the fifth time. She ran out of time every time that she took the test. The last two times that she took the test, she was provided with twenty-five percent additional time because she was diagnosed with a generalized anxiety disorder on July 1, 2018. After the evaluation, she was provided with time and one-half for tests in her Master's program but she currently receives one-hundred percent additional time for tests in medical school.

Lauren was evaluated by Dr. Joshua Shifrin on July 1, 2018. The results of the evaluation indicated that Lauren's overall intellectual ability was in the average range but

she was exhibiting a generalized anxiety disorder and a panic disorder. This examiner noted that on that evaluation, Lauren also had significant difficulty with processing speed. Lauren reported that she was told by Dr. Shifrin that she had a problem with processing speed but it was not listed as an official diagnosis.

Lauren is currently seeing a psychiatrist for medication for her anxiety disorder and panic disorder. The psychiatrist has also diagnosed her with trichotillomania and obsessive-compulsive disorder. Laurent currently takes medication for these disorders but she still becomes very panicked about not having enough time to complete the tests in medical school. She even has dreams about running out of time and becomes very anxious. Lauren had tubes placed in her ears when she was a young child because of ear infections. When she was nine years old, she had a left ovariectomy. She had her gallbladder removed when she was fifteen years old. Throughout her life, she has had undiagnosed stomach issues which she suspects are probably due to anxiety.

Lauren reported that there is a positive family history for ADHD as both her father and her brother have been diagnosed with this disorder.

## BEHAVIOR DURING TESTING

Lauren was a pleasant and cooperative individual. She could be easily engaged in conversation and could express herself appropriately. Lauren was highly motivated and worked hard but she was an exceptionally slow worker. She needed additional time to access information, to process information and to formulate her responses. Lauren exhibited good problem solving and reasoning skills and was often able to develop an alternative strategy to solve a problem. It took a significant amount of time for her to do so, though. Lauren tended to obsess over many of her answers and it was difficult for her to let go of her thoughts. This contributed to the significant amount of additional time that she needed to complete the tasks. Lauren could follow directions well and asked for help if she needed it. She was organized in her approach to the tasks and she made very few careless mistakes.

## TESTS ADMINISTERED

*Woodcock Johnson IV* - Tests of Cognitive Abilities

*Woodcock Johnson IV* – Tests of Oral Language

*Woodcock Johnson IV* – Tests of Achievement – Form A

*Nelson Denny Reading Test* – Form I

*Brown Attention Deficit Disorder Scale* – Adult Form

*Comprehensive Executive Function Inventory* – Adult Form

## INTELLECTUAL ABILITY

Lauren's overall intellectual ability, as measured by the *Woodcock Johnson IV*, is at the 91st percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 121. There is a 68% probability that her

true general intellectual ability score would be included in the range of scores from 117 to 124.

## COGNITIVE ABILITIES

Fluid reasoning is the ability to reason, form concepts, and solve problems using unfamiliar information or novel procedures. Lauren's fluid reasoning score is at the 95th percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 125. Her fluid reasoning ability is advanced and Lauren should find age-level tasks requiring the capacity to think logically and to solve problems in novel situations, independently of acquired knowledge, to be easy.

Comprehension-knowledge is a measure of the breadth and depth of Lauren's language-based knowledge. It includes the ability to verbally communicate her comprehension of language. Lauren's comprehension-knowledge score is at the 94th percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 124. Her knowledge of vocabulary words and her fund of general information are advanced and Lauren should find age-level verbal communication, knowledge, and language comprehension tasks to be easy.

Quantitative reasoning is the ability to use mathematical concepts and skills to solve real world problems. Lauren's quantitative reasoning score is at the 94th percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 124. Lauren's quantitative reasoning ability is advanced and she should find age-level tasks requiring the ability to use critical thinking to solve problems of a numerical nature to be easy.

Short-term working memory is the ability to hold information in immediate awareness while performing a mental operation on the information. Lauren's short-term working memory score is at the 91st percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 121. Lauren's short-term working memory capacity is advanced and she should find age level tasks requiring complex processing of information in immediate memory to be easy.

Auditory processing measures Lauren's ability to analyze, synthesize, and discriminate auditory stimuli, including her ability to process and discriminate speech sounds. Lauren's auditory processing score is at the 81st percentile when compared with other individuals her age. This score is in the high average range and yields a standard score of 113. Her auditory processing ability is well developed and Lauren should find age-level tasks requiring synthesizing and discriminating speech sounds to be easy.

Long-term retrieval is the ability to store and retrieve information. Lauren's long-term retrieval score is at the 73rd percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 109. Her long-term retrieval ability is appropriately developed and Lauren should find age-level tasks requiring strategies to store, and fluency to retrieve, information to be manageable.

Visual processing is the ability to perceive, analyze, synthesize, and think with visual patterns including the ability to store and recall visual representations. Lauren's visual processing score is at the 70th percentile when compared with other individuals

her age. This score is in the average range and yields a standard score of 108. Lauren's visual processing ability is appropriately developed and she should find age level tasks requiring visual memory or mental manipulation of visual images to be manageable.

Number facility is the ability to mentally manipulate numbers. Lauren's number facility score is at the 60th percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 104. Lauren's number facility skills are appropriately developed and she should find age-level tasks requiring the ability to mentally perform basic operations on numbers to be manageable.

Among her cognitive abilities, Lauren has a relative weakness in perceptual speed. Perceptual speed is the ability to quickly and accurately compare similarities and differences among sets of letters, numbers, objects, pictures, or patterns. Lauren's perceptual speed score is at the 39th percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 96. Lauren's perceptual speed is slow in comparison to her overall intellectual ability and she may find age-level tasks requiring quick comparisons of visual information to be more difficult than other cognitive tasks.

Cognitive processing speed is also an area of relative cognitive weakness for Lauren. Cognitive processing speed measures Lauren's ability to perform automatic cognitive tasks rapidly, particularly when under pressure to maintain focused attention. Lauren's cognitive processing speed score is at the 34th percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 94. Her cognitive processing speed is slow in comparison to her overall intellectual ability and Lauren may find age-level tasks requiring cognitive speediness to be more difficult than other cognitive tasks.

**ATTENTION SKILLS**

On the Adult Form of the *Brown Attention Deficit Disorder Scale* that was completed by Lauren, she earned a total score of 61. This score is in the significant range for an attention deficit hyperactivity disorder. Lauren earned significant to very significant subscale scores in the activation, attention and effort areas. She earned an atypical subscale score in the affect area and a non-significant subscale score in the memory area.

Lauren reported that she feels overwhelmed by school tasks that other individuals find to be manageable. She is easily sidetracked. She starts one task and then switches to performing something less important. She is overwhelmed when she is presented with many school tasks to perform at one time. She is a procrastinator. She feels sleepy or tired during the day, even after a good night's sleep. She cannot complete tests or assignments in the time that she is given. She is sensitive to criticism. She is a perfectionist and can get over-focused on insignificant details. She has a hard time waking up in the morning and she frequently feels discouraged or down. She reported that she has had these issues all of her life, prior to her issues with anxiety.

Dr. Shifrin's 2018 report indicated that Lauren scored poorly on the digit span and coding subtests of the WAIS-IV which are tests requiring significant concentration and attention. She earned a score at the 2nd percentile on the digit span backwards

subtest and a score at the 9th percentile on the coding subtest. Dr. Shifrin reported that The digit span subtest requires attention, concentration, and mental control and can be influenced by the ability to correctly sequence information. Mental control is the ability to attend to and hold information in short-term memory while performing some operation or manipulation with it and then to correctly produce the transformed information. Lauren's difficulty in recalling long spans of digits backward is evidence of weak mental control. This weakness may impede the processing of complex information and slow new learning". Lauren also reported that she has relatives who have been diagnosed with ADHD. There has been a significant amount of new research indicating that women display symptoms of ADHD very differently than men. This examiner feels that Lauren's attention skills were not sufficiently addressed in Dr. Shifrin's assessment.

The behavior rating scale is suggestive of an attention deficit hyperactivity disorder.

## EXECUTIVE FUNCTION SKILLS

On the Adult Form of the *Comprehensive Executive Function Inventory* that was completed by Lauren, she earned a full-scale score at the 42nd percentile. This score is in the average range. Lauren earned a low average score in the planning area. She earned average scores in the attention, emotion regulation, flexibility, inhibitory control, initiation, organization, self-monitoring and working memory areas.

The behavior rating scale is not suggestive of an executive function disorder.

## ACHIEVEMENT SKILLS

### Reading Skills

On the Letter-Word Identification subtest of the *Woodcock Johnson IV*, Lauren was able to read words in isolation at the 60th percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 104. Lauren was able to recognize many words by sight and she could also use phonics well to decode words.

On the Word Attack subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 73rd percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 109. This test indicates that Lauren has a good foundation of basic phonics knowledge.

On the Passage Comprehension subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 75th percentile when compared with other individuals her age. This score is at the top of the average range and yields a standard score of 110. This test indicates that Lauren can use syntactic and semantic clues well to figure out an unknown or difficult word. Lauren needed a significant amount of extra time in order to complete this task and if it had been timed, she might not have earned such a good score.

On the Sentence Reading Fluency subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 21st percentile when compared with other individuals her age.

This score is in the low average range and yields a standard score of 88. This test indicates that Lauren's easy reading speed is slow.

On the Reading Comprehension subtest of the *Nelson Denny Reading Test*, Lauren earned a score at the 21st percentile when held to standard time constraints. This score is in the low average range and yields a standard score of 88. Lauren only completed 19 of the 38 items (17 out of 19 correct) which means she was only able to finish fifty percent of the test questions. When Lauren was provided with fifty percent additional time, she earned a score at the 68th percentile. This score is in the average range and yields a standard score of 107. Lauren completed 10 additional items (8 out of 10 correct) with the extra time which means she was only able to finish seventy-one percent of the test questions in total. Lauren performed poorly when she was timed but she improved her score to a more appropriate level with the additional time. She is exceptionally slow to read and process information, though. The reading comprehension test administered by Dr. Shifrin is a language closure task, not a timed complex reading comprehension task. Lauren performed well on a similar task administered by this examiner (Woodcock-Johnson IV - Passage Comprehension subtest) but the task was not timed and the items consisted of one or two sentences.

**Spelling Skills**

On the Spelling subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 77th percentile when compared with other individuals her age. This score is in the high average range and yields a standard score of 111. Lauren could spell many words phonetically and she knows basic sound/symbol relationship skills for spelling. She should be able to spell most of the words that she needs to spell.

**Mathematics Skills**

On the Calculation subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 91st percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 121. This test measured only computation skills and was not timed. Lauren exhibited good retention of the basic math facts a processes. She performed the long division problems correctly. She could find a percentage of a whole number. She could perform all operations on fractions and reduced them correctly. She could simplify equations. She could find the slope and y-intercept of a line and she could perform some of the calculus problems. She needed a significant amount of additional time to perform these problems, though

On the Math Facts Fluency subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 37th percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 95. This test indicates that Lauren can perform the one-digit addition, subtraction, and multiplication facts within appropriate time limits for her age. However, she performed significantly better on the untimed test than she did on the timed test.

On the Applied Problems subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 93rd percentile when compared with other individuals her age. This score is in the superior range and yields a standard score of 123. This test measured her ability to solve math word problems. Lauren could solve word problems of a practical or every day nature very easily. She could also solve word problems that involved interest rates,

proportion, fractions, percentages, probability and geometry. She needed a significant amount of additional time to perform the word problems, though, and if this had been a timed test, she might not have earned such a high score.

**Writing Skills**

Lauren is left-handed. Her printing was neat and legible.

On the Writing Samples subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 87th percentile when compared with other individuals her age. This score is in the high average range and yields a standard score of 117. Lauren could write complex and compound sentences. She elaborated on her ideas and included description and detail. She has some creative writing ability. However, again it should be noted that she needed a significant amount of additional time to perform this task.

On the Sentence Writing Fluency subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 23rd percentile when compared with other individuals her age. This score is in the low average range and yields a standard score of 89. This test indicates that Lauren is very slow to organize her thoughts and to get them on paper.

**Oral Language Skills**

On the Speed of Lexical Access subtest of the *Woodcock Johnson IV*, Lauren earned a score at the 32nd percentile when compared with other individuals her age. This score is in the average range and yields a standard score of 93. This test indicates that for her intellectual ability, Lauren is somewhat slow to retrieve information from long-term memory. She can process information into long-term memory appropriately but then is much slower than one would expect to retrieve this information.

**SUMMARY**

Lauren's overall intellectual ability is in the superior range. Her comprehension-knowledge, fluid reasoning, short-term working memory and quantitative reasoning skills are also in the superior range. Her auditory processing skills are in the high average range. Lauren's cognitive processing speed, long-term retrieval, visual processing, number facility and perceptual speed skills are in the average range.

On a behavior rating scale measuring attention skills that was completed by Lauren, she earned a significant score for an attention deficit hyperactivity disorder.

On a behavior rating scale measuring executive function skills that was completed by Lauren, she earned a non-significant score for an executive function disorder.

Academically, Lauren could read words in isolation in the average range for her age and her word attack skills are in the average range. She could recognize many words by sight and she could also use phonics to decode words. Lauren could use the context at the top of the average range to figure out an unknown or difficult word but she was exceptionally slow to process the information in the context. Lauren's easy reading speed is in the low average range. Her reading comprehension skills are in the low average range on a timed test but improved to the average range with fifty percent

additional time. Lauren's spelling skills are in the high average range. Her math computation skills are in the superior range on the untimed test but are in the average range on the timed test. Lauren could solve math word problems in the superior range. Lauren is left-handed. Her printing was neat and legible. Her written expression skills are in the high average range but her sentence writing fluency is in the low average range. Lauren's speed of lexical access is in the average range.

Overall, Lauren is exhibiting an attention deficit hyperactivity disorder (DSM-5 314.00). She is exhibiting significant processing problems in the cognitive processing speed and perceptual speed areas. She is exhibiting learning disorders in the reading (DSM-5 315.00) and oral language (DSM-5 315.39) areas. Lauren has also been previously diagnosed with a generalized anxiety disorder, panic disorder, trichotillomania and obsessive-compulsive disorder.

**RECOMMENDATIONS**

1. Lauren should continue to receive one-hundred percent additional time to take classroom tests in medical school.

2. Lauren should take any standardized test with one-hundred percent additional time as well. She has a significant history of having difficulty completing tests within appropriate time limits dating back to the first grade. She has been given additional time for tests on an unofficial as well as on an official basis for since the first grade. It should be noted that Lauren's academic skills are at the 82nd percentile. Her academic applications skills are at the 90th percentile but her academic fluency is only at the 25th percentile. These scores indicate that Lauren cannot show what she knows in a timed condition. Any timed test will not be an accurate reflection of her true abilities. Lauren is very slow to read and process information. She has trouble focusing when she reads and she also tends to obsess over her answers and cannot let go of her thoughts. She is a slow reader in general and she is slow to organize her thoughts and to get them on paper. She is slow to process information as well as to retrieve information. Lauren has also been diagnosed with panic disorder, obsessive compulsive disorder, generalized anxiety disorder and trichotillomania. Her anxiety is particularly manifested in test taking situations and she has a long history of experiencing test anxiety dating back to elementary school. This anxiety sometimes induces a panic attack in a test taking situation because of her fear of running out of time. It is quite debilitating and causes extreme distress which affects her performance on any test when she is not provided with additional time to complete the test.

*Lynn Erb, Ph.D.*
Lynn Erb, Ph.D.
Learning Disabilities Specialist

*David A. Frankel, M.D.*
David A. Frankel, M.D.
Supervising Psychiatrist

## TEST RESULTS

**Name:** Harbaugh, Lauren
**Date of Birth:** ███
**Age:** 28 years, 3 months
**Sex:** Female
**Date of Testing:** 03/20/2022

### TESTS ADMINISTERED

*Woodcock-Johnson IV Tests of Cognitive Abilities* (Norms based on age 28-3)
*Woodcock-Johnson IV Tests of Oral Language* (Norms based on age 28-3)
*Woodcock-Johnson IV Tests of Achievement Form A and Extended* (Norms based on age 28-3)

### TABLE OF SCORES

*Woodcock-Johnson IV Tests of Cognitive Abilities* (Norms based on age 28-3)

| CLUSTER/Test | W | AE | RPI | SS (68% Band) |
|---|---|---|---|---|
| GEN INTELLECTUAL ABIL | 533 | >30 | 97/90 | 121 (117-124) |
| Gf-Gc COMPOSITE | 545 | >30 | 99/90 | 128 (123-132) |
| COMP-KNOWLEDGE (Gc) | 549 | >30 | 99/90 | 124 (119-130) |
| FLUID REASONING (Gf) | 541 | >20 | 99/90 | 125 (119-131) |
| FLUID REASONING (Ext) | 540 | >20 | 99/90 | 125 (121-130) |
| S-TERM WORK MEM (Gwm) | 541 | >30 | 99/90 | 121 (116-125) |
| COG PROCESS SPEED (Gs) | 540 | 15-5 | 77/90 | 94 (88-99) |
| AUDITORY PROCESS (Ga) | 524 | >30 | 96/90 | 113 (108-118) |
| L-TERM RETRIEVAL (Glr) | 509 | >21 | 94/90 | 109 (106-113) |
| VISUAL PROCESSING (Gv) | 513 | >30 | 94/90 | 108 (102-113) |
| QUANTITATIVE REASONING | 542 | >20 | 99/90 | 124 (120-129) |
| NUMBER FACILITY | 533 | >27 | 94/90 | 104 (99-110) |
| PERCEPTUAL SPEED | 538 | 16-2 | 85/90 | 96 (90-102) |
| COGNITIVE EFFICIENCY | 548 | >29 | 97/90 | 110 (105-116) |
| COG EFFICIENCY (Ext) | 539 | >28 | 95/90 | 109 (104-113) |
| | | | | |
| Oral Vocabulary | 544 | >30 | 99/90 | 123 (118-128) |
| Number Series | 545 | >20 | 99/90 | 123 (118-129) |
| Verbal Attention | 539 | >30 | 99/90 | 119 (113-125) |
| Letter-Pattern Matching | 552 | >27 | 92/90 | 102 (94-110) |
| Phonological Processing | 522 | >30 | 95/90 | 110 (103-116) |
| Story Recall | 509 | >23 | 95/90 | 111 (106-116) |
| Visualization | 514 | >28 | 94/90 | 106 (101-111) |
| General Information | 554 | >30 | 99/90 | 121 (114-129) |
| Concept Formation | 537 | >23 | 99/90 | 119 (110-127) |
| Numbers Reversed | 543 | >30 | 99/90 | 116 (112-120) |
| Number-Pattern Matching | 524 | 13-5 | 72/90 | 91 (83-99) |
| Nonword Repetition | 527 | >30 | 97/90 | 112 (106-117) |
| Visual-Auditory Learning | 508 | >19 | 94/90 | 106 (102-111) |
| Picture Recognition | 513 | >30 | 94/90 | 107 (99-114) |
| Analysis-Synthesis | 539 | >19 | 99/90 | 120 (114-126) |
| Pair Cancellation | 527 | 13-7 | 50/90 | 89 (84-95) |

*Woodcock-Johnson IV Tests of Oral Language* (Norms based on age 28-3)

| CLUSTER/Test | W | AE | RPI | SS (68% Band) |
|---|---|---|---|---|
| SPEED of LEXICAL ACCESS | 514 | 15-0 | 82/90 | 93 (89-97) |
| | | | | |
| Rapid Picture Naming | 513 | 12-5 | 66/90 | 90 (85-94) |
| Retrieval Fluency | 516 | >30 | 91/90 | 102 (97-108) |

*Woodcock-Johnson IV Tests of Achievement Form A and Extended* (Norms based on age 28-3)

| CLUSTER/Test | W | AE | RPI | SS (68% Band) |
|---|---|---|---|---|
| READING | 543 | >30 | 96/90 | 107 (103-110) |
| BROAD READING | 538 | 21 | 87/90 | 98 (95-101) |
| BASIC READING SKILLS | 535 | >30 | 95/90 | 106 (102-111) |
| MATHEMATICS | 559 | >23 | 100/90 | 122 (119-126) |
| BROAD MATHEMATICS | 551 | >30 | 98/90 | 114 (111-117) |
| MATH CALCULATION SKILLS | 549 | >30 | 97/90 | 108 (105-111) |
| WRITTEN LANGUAGE | 543 | >30 | 98/90 | 116 (112-120) |
| BROAD WRITTEN LANGUAGE | 532 | >30 | 96/90 | 109 (106-113) |
| WRITTEN EXPRESSION | 522 | >30 | 94/90 | 106 (101-111) |
| ACADEMIC SKILLS | 553 | >30 | 98/90 | 114 (111-116) |
| ACADEMIC FLUENCY | 524 | 13-6 | 67/90 | 90 (86-93) |
| ACADEMIC APPLICATIONS | 545 | >30 | 99/90 | 119 (116-123) |
| BRIEF ACHIEVEMENT | 551 | >30 | 98/90 | 114 (111-117) |
| BROAD ACHIEVEMENT | 540 | >30 | 95/90 | 107 (105-109) |
| Letter-Word Identification | 544 | >30 | 94/90 | 104 (99-108) |
| Applied Problems | 556 | >30 | 100/90 | 123 (118-128) |
| Spelling | 551 | >30 | 98/90 | 111 (107-116) |
| Passage Comprehension | 542 | >30 | 97/90 | 110 (105-115) |
| Calculation | 562 | >21 | 100/90 | 121 (117-125) |
| Writing Samples | 535 | >30 | 98/90 | 117 (111-123) |
| Word Attack | 525 | >30 | 96/90 | 109 (101-117) |
| Sentence Reading Fluency | 528 | 13-0 | 36/90 | 88 (83-93) |
| Math Facts Fluency | 535 | 14-9 | 79/90 | 95 (91-99) |
| Sentence Writing Fluency | 508 | 12-5 | 78/90 | 89 (83-95) |

| VARIATIONS | STANDARD SCORES | | | DISCREPANCY | | Interpretation at |
|---|---|---|---|---|---|---|
| | Actual | Predicted | Difference | PR | SD | + or - 1.50 SD (SEE) |
| *Intra-Cognitive [Extended] Variations* | | | | | | |
| COMP-KNOWLEDGE (*Gc*) | 124 | 110 | 14 | 91 | +1.32 | -- |
| FLUID REASONING (*Gf*) | 125 | 111 | 14 | 91 | +1.33 | -- |
| FLUID REASONING (Ext) | 125 | 112 | 13 | 92 | +1.41 | -- |
| S-TERM WORK MEM (*Gwm*) | 121 | 111 | 10 | 79 | +0.81 | -- |
| COG PROCESS SPEED (*Gs*) | 94 | 110 | -16 | 10 | -1.29 | -- |
| AUDITORY PROCESS (*Ga*) | 113 | 112 | 1 | 53 | +0.08 | -- |
| L-TERM RETRIEVAL (*Glr*) | 109 | 111 | -2 | 44 | -0.16 | -- |
| VISUAL PROCESSING (*Gv*) | 108 | 109 | -1 | 46 | -0.11 | -- |
| QUANTITATIVE REASONING | 124 | 111 | 13 | 90 | +1.30 | -- |
| PERCEPTUAL SPEED | 96 | 111 | -15 | 13 | -1.13 | -- |
| SPEED of LEXICAL ACCESS | 93 | 109 | -16 | 11 | -1.25 | -- |
| Oral Vocabulary | 123 | 111 | 12 | 88 | +1.15 | -- |
| Number Series | 123 | 110 | 13 | 88 | +1.19 | -- |
| Verbal Attention | 119 | 109 | 10 | 79 | +0.82 | -- |
| Letter-Pattern Matching | 102 | 110 | -8 | 26 | -0.63 | -- |
| Phonological Processing | 110 | 112 | -2 | 42 | -0.21 | -- |
| Story Recall | 111 | 109 | 2 | 56 | +0.15 | -- |
| Visualization | 106 | 109 | -3 | 41 | -0.23 | -- |
| General Information | 121 | 108 | 13 | 86 | +1.07 | -- |
| Concept Formation | 119 | 110 | 9 | 77 | +0.74 | -- |
| Numbers Reversed | 116 | 110 | 6 | 70 | +0.51 | -- |
| Number-Pattern Matching | 91 | 110 | -19 | 9 | -1.36 | -- |
| Nonword Repetition | 112 | 109 | 3 | 59 | +0.23 | -- |
| Visual-Auditory Learning | 106 | 110 | -4 | 40 | -0.25 | -- |
| Picture Recognition | 107 | 107 | 0 | 51 | +0.02 | -- |
| Analysis-Synthesis | 120 | 110 | 10 | 80 | +0.83 | -- |
| Pair Cancellation | 89 | 108 | -19 | 8 | -1.40 | -- |
| Rapid Picture Naming | 90 | 107 | -17 | 11 | -1.22 | -- |

| VARIATIONS | STANDARD SCORES | | | DISCREPANCY | | Interpretation at |
|---|---|---|---|---|---|---|
| | Actual | Predicted | Difference | PR | SD | + or - 1.50 SD (SEE) |
| *Intra-Cognitive [Extended] Variations* | | | | | | |
| Retrieval Fluency | 102 | 110 | -8 | 28 | -0.58 | -- |

| VARIATIONS | STANDARD SCORES | | | DISCREPANCY | | Interpretation at |
|---|---|---|---|---|---|---|
| | Actual | Predicted | Difference | PR | SD | + or - 1.50 SD (SEE) |
| *Academic Skills/Academic Fluency/Academic Applications [Extended] Variations* | | | | | | |
| ACADEMIC SKILLS | 114 | 104 | 10 | 91 | +1.33 | -- |
| ACADEMIC FLUENCY | 90 | 111 | -21 | 1 | -2.24 | Weakness |
| ACADEMIC APPLICATIONS | 119 | 101 | 18 | 98 | +1.99 | Strength |
| COG PROCESS SPEED (Gs) | 94 | 109 | -15 | 11 | -1.22 | -- |
| PERCEPTUAL SPEED | 96 | 109 | -13 | 15 | -1.03 | -- |

| COMPARISONS | STANDARD SCORES | | | DISCREPANCY | | Significant at |
|---|---|---|---|---|---|---|
| | Actual | Predicted | Difference | PR | SD | + or - 1.50 SD (SEE) |
| *GIA/Achievement Discrepancy Procedure* | | | | | | |
| BRIEF ACHIEVEMENT | 114 | 116 | -2 | 43 | -0.19 | No |
| BROAD ACHIEVEMENT | 107 | 117 | -10 | 10 | -1.28 | No |
| READING | 107 | 115 | -8 | 18 | -0.93 | No |
| BROAD READING | 98 | 115 | -17 | 3 | -1.82 | Yes (-) |
| BASIC READING SKILLS | 106 | 114 | -8 | 23 | -0.74 | No |
| MATHEMATICS | 122 | 116 | 6 | 78 | +0.78 | No |
| BROAD MATHEMATICS | 114 | 116 | -2 | 39 | -0.28 | No |
| MATH CALCULATION SKILLS | 108 | 115 | -7 | 25 | -0.68 | No |
| WRITTEN LANGUAGE | 116 | 115 | 1 | 55 | +0.12 | No |
| BROAD WRITTEN LANGUAGE | 109 | 115 | -6 | 27 | -0.61 | No |
| WRITTEN EXPRESSION | 106 | 114 | -8 | 23 | -0.72 | No |
| ACADEMIC SKILLS | 114 | 116 | -2 | 40 | -0.26 | No |
| ACADEMIC FLUENCY | 90 | 114 | -24 | 1 | -2.22 | Yes (-) |
| ACADEMIC APPLICATIONS | 119 | 116 | 3 | 66 | +0.42 | No |

**NELSON DENNY READING TEST – Form I**

| Subtest | Raw Score | Standard Score | Percentile |
|---|---|---|---|
| Reading Comprehension | 17 | 88 | 15th |
| Reading Comprehension w/ Extended time | 25 | 107 | 68th |

**Name:** Lauren Harbaugh   **ID:** _____

**Sex:** Female   **Date of Birth:** ▮▮▮▮   **Report Date:** 03/20/2022

| | 1 Activation | 2 Attention | 3 Effort | 4 Affect | 5 Memory |
|---|---|---|---|---|---|
| S1 | 80 | 62 | 76 | 58 | 50 |

CLUSTER SCORES

| | Person Completing this Form | Form | Date of Administration | 1 | 2 | 3 | 4 | 5 | Total Raw Score |
|---|---|---|---|---|---|---|---|---|---|
| S1 | Lauren | Adult | 03/20/2022 | 80 | 62 | 76 | 58 | 50 | 61 |

**CEFI Adult**

CEFI Adult Self-Report Interpretive Report for Lauren Harbaugh
Admin Date: 03/19/2022

# Overview of Results for Lauren



## Scores in Relation to the Norm and the Individual

Lauren's results are detailed in the tables that follow. These scores show how Lauren compares to the normative sample. They also provide an analysis of the variability of Lauren's scores on the separate CEFI Adult Scales. Differences between Lauren's average score and her standard scores on each scale are presented, as is a summary column that indicates whether or not these differences are statistically significant. If a standard score on any of the CEFI Adult Scales is greater than or equal to 110 and significantly higher than the client's average score on the CEFI Adult Scales, or less than 90 and significantly lower than the client's average score, then that score represents an Executive Function Strength or an Executive Function Weakness, respectively.

### Full Scale

| Standard Score | 90% Confidence Interval | Percentile Rank | Classification |
|---|---|---|---|
| 97 | 93-101 | 42 | Average |

### CEFI Adult Scales

| Scale | Standard Score | 90% Confidence Interval | Percentile Rank | Classification | Difference from Average (98.0) | Statistically Significant? (p < .05) | Executive Function Strength/Weakness |
|---|---|---|---|---|---|---|---|
| Attention | 95 | 86-107 | 37 | Average | -3 | No | - |
| Emotion Regulation | 106 | 95-115 | 66 | Average | 8 | No | - |
| Flexibility | 96 | 87-106 | 39 | Average | -2 | No | - |
| Inhibitory Control | 102 | 92-111 | 55 | Average | 4 | No | - |
| Initiation | 103 | 93-112 | 58 | Average | 5 | No | - |
| Organization | 90 | 83-99 | 25 | Average | -8 | No | - |
| Planning | 83 | 77-96 | 13 | Low Average | -15 | Yes | Weakness |
| Self-Monitoring | 100 | 90-110 | 50 | Average | 2 | No | - |
| Working Memory | 107 | 96-115 | 68 | Average | 9 | No | - |

