# EXHIBIT 10



Dear

The ACHE ADA Accommodations Committee met on                to review your ADA application request for reasonable accommodations. The committee made the following decisions regarding your application:

**The following reasonable accommodations per ADA have been approved by the ACHE ADA Committee:**

*Additional description of accommodations (are supplied below if needed).

*Please Note: Eligibility for reasonable accommodations or services are reviewed in accordance with Section 504 and the Americans with Disabilities Act (ADA). A diagnosis of a disability does not necessarily qualify a student for academic accommodations under the law. To establish that a student is covered under Section 504 and the ADA, the documentation must indicate that the disability substantially limits a major life activity, especially learning.*

*In order to ensure ongoing review and provision of appropriate accommodations, all accommodations will be reviewed by committee prior to the expiration date to determine if accommodations are still required, to maintain appropriate updated documentation and to determine if there has been a change in need for accommodations.  Please contact the Office of Student Affairs if there is a change in your need for accommodations prior to this review.*

**Annual Review Due By:**

If you have questions or concerns, please contact Office of Student Affairs.

*[signature]*

Matthew C. White, Ph.D., Chair, ACHE ADA Accommodations Committee

*[signature: Elizabeth K. McClain]*

Elizabeth K. McClain, Ph.D., MPH, EdS, FNAOME, Vice Provost/AVPAA, DIO ARCOM

**ADA ACCOMMODATIONS COMMITTEE**
479.308.2200  •  PO Box 10366  •  Fort Smith, AR 72917

**ACHE Academic Support and Wellness Resources**

| |
|---|
| **Academic Support Services** <br> Academic Success Counselor <br> Provides assistance with study strategies, peer tutoring services, etc. <br> Phone:  Academic Affairs 479-308-2300 <br> Visit Website: acheedu.org/tutoring |
| **Western Arkansas Counseling and Guidance Center, Inc. (WACGC)** <br> Emergency / After Hours:   800-542-1031 <br> Address:  3111 S. 70th St.  Fort Smith, AR 72903 <br> Appointments:  479-452-6650 |
| **WELLCONNECT, Student Assistance Program** <br> 24/7 Assistance:  866-640-4777 <br> Access Code: ACHE <br> Visit Website:  WellConnectForYou.com |
| **Center for Psychiatric Wellness** <br> Phone: 479-831-6007 <br> Address:  7217 Cameron Park Dr., Fort Smith, AR 72903 |
| |

| **Student Confirmation of Receipt** |
|---|
| *PLEASE COMPLETE THE CONFIRMATION OF RECEIPT BELOW* <br> *Your signature confirms that you have received the accommodations committee decision above regarding your application for accommodations. If you have any concerns, please contact the Office of Student Affairs. If you wish to appeal this decision, please follow the process for appeal outlined in the ACHE Student Handbook. If approved accommodations are not provided, students may follow the process for filing a grievance outlined in the ACHE Student Handbook.* |
| *Printed Student Name:* |
| *Signature:* |
| *Date:* |