# EXHIBIT 18



Office of Disability Services
Rutgers, The State University of New Jersey
65 Bergen Street, Suite 1441
Newark, NJ 07107

cindy.poorepariseau@rutgers.edu
p. 973-972-5396
f. 973-972-7596
http://ods.rbhs.rutgers.edu/

October 25, 2018

To whom it may concern,

As Director of Disability services for Rutgers Biomedical and Health Sciences, I have been working with Lauren Harbaugh regarding disability accommodations since November 2017.

Lauren has continuously received and utilized the following accommodations since the Fall 2017:

1. Extended time for in class/online exams and quizzes   **Note:** the extended time from November of 2017 through August 2018 was time and a half.  With additional documentation, pointing to a combination of increased anxiety along with slow processing, the accommodation was increased to double time in August of 2018.
2.  Reduced distraction testing location

Feel free to call me if you have any question, concerns or need any clarifications.

Sincerely,

Cindy Poore-Pariseau, Ph.D

Cindy Poore-Pariseau, Ph.D. | Director
Rutgers Biomedical and Health Sciences | Office of Disability Services
Bergen Building, Suite 1441| 65 Bergen St. Newark, NJ 07017
Office: (973) 972-5396 | Cell: (973) 640-0058 | Fax: (973) 972-7596

cindy.poorepariseau@rutgers.edu | ods.rbhs.rutgers.edu



Office of Disability Services
Rutgers, The State University of New Jersey
65 Bergen Street, Suite 1441
Newark, NJ 07107

cindy.poorepariseau@rutgers.edu
p. 973-972-5396
f. 973-972-7596
http://ods.rbhs.rutgers.edu/

Cindy Poore-Pariseau, Ph.D. | Director
**Rutgers Biomedical and Health Sciences | Office of Disability Services**
Bergen Building, Suite 1441| 65 Bergen St. Newark, NJ 07017
Office: (973) 972-5396 | Cell: (973) 640-0058 | Fax: (973) 972-7596
cindy.poorepariseau@rutgers.edu | ods.rbhs.rutgers.edu
Chair-NASPA Disability Knowledge Community