EXHIBIT 19



**NORTH STRABANE INTERMEDIATE SCHOOL**
20 Giffin Drive, Canonsburg, PA 15317
(724) 873-5252 -   FAX (724) 873-5216

**Dr. Mark A. Abbondanza**
Principal

**ANCHORED IN EXCELLENCE**

April 18, 2018

To Whom It May Concern,

    I have been an elementary school teacher for the past 24 years in the Canon-McMillan School District in Canonsburg, Pennsylvania. One important part of my job has been to help students achieve success, even when they might be struggling. Lauren Harbaugh was one of these students. In the classroom, Lauren excelled academically. She always approached learning with a positive attitude and an inner desire to achieve success. The struggle she often encountered was completing tasks within certain time limits. At a young age, Lauren was always given extended time to complete assignments. She would tackle tasks completely and carefully when given ample time to do so.

    I would highly recommend extended time being given to Lauren as she strives to achieve one more amazing feat in her life, the opportunity to become a doctor. She is truly a role model for today's youth and would excel in the medical field.

    If you would like any additional information, feel free to contact me at 724-263-7859 or douglasl@cmsd.k12.pa.us in regard to this matter.

Thank you,

Lynne A. Douglas