# EXHIBIT 30

LYNN ERB, PH.D.
363 Lauren Lane
Swarthmore, PA 19081
302-655-9998
CLynnErb@aol.com
www.adhdevaluationsde.com

**EDUCATION:**

| | |
|---|---|
| Ph.D. | University of Florida, 1979 |
| B.A | University of Florida, 1974 |

**PROFESSIONAL SUMMARY:**

1983 - Present  Learning Disabilities Specialist in Private Practice
Major responsibilities include:

- Perform educational evaluations for children and adults using state of the art diagnostic tools.

- Design remediation programs utilizing the most effective methods available.

- Supervise and train tutors and parents to provide appropriate treatment for students.

- Coordinate educational and other treatment programs with teachers, parents, and other professionals.

- Present workshops to parents, schools, and community groups to provide current information about learning and attention problems.

- Provide educational consultation services to community organizations and institutions.

1997 - Present  Learning Disabilities Consultant to Peirce College, Philadelphia, PA

| | |
|---|---|
| 1984-2007 | Learning Disabilities Consultant to Rosenblum Adolescent Center, Wilmington, DE |
| 1984-2007 | Staff Support, Department of Child Psychiatry, Medical Center of Delaware |
| 1981-2007 | Learning Disabilities Consultant to Catholic Charities, Wilmington, DE |
| 1980-1985 | Learning Disabilities Consultant to Delaware Guidance Service for Children and Youth, Wilmington, DE |
| 1979-1983 | Learning Disabilities Specialist, Alfred I. duPont Institute, Wilmington, DE |
| 1978-1979 | Principal, Gainesville Academy, Micanopy, FL |
| 1977-1978 | Teacher in private school for learning disabled children, Gainesville Academy, Micanopy, FL |
| 1977-1978 | Educational Diagnostician, Department of Pediatrics, Shands Teaching Hospital, Gainesville, FL |

**PUBLICATIONS:**

Adams, Sheslow, & Erb, Test of Academic Performance. The Psychological Corporation, Harcourt Brace, Jovanovich, Inc., Columbus, Ohio. 1989.

Erb, L. & Andresen, B.D., Hyperactivity: A Possible Consequence of Maternal Alcohol Consumption. Gefahrdung durch Alkohol, Rauchen, Drogen, Arzneimittel. 1982, 11, 246 (Abst).

Erb, L. & Andresen, B.D., Hyperactivity: A Possible Consequence of Maternal Alcoholism. Pediatric Nursing, August, 1981.

Erb, L. & Mercer, C.D., Language Disabilities, In C.D. Mercer, Children and Adolescents With Learning Disorders. Columbus, Ohio: Charles E. Merrill, 1979.

Erb, L. & Andresen, B.D., The Fetal Alcohol Syndrome: The Impact of Chronic Maternal Alcoholism on the Fetus. Clinical Pediatrics, 1978, 11, 644-649.

Erb, L. & Mercer, C.D. Legislation for the Handicapped: In brief. NOLPE School Law Journal, 1978, 194-198.

**GRANTS AWARDED:**

Sigma XI, the Scientific Society of North America for dissertation research entitled, "The Effects of Auditory and Visual Characteristics of Words on Learning Disabled Children." 1978.